UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LUIS F. GUTIERREZ, | ) | |
| | ) | |
|       Plaintiff, | ) | Case No. CV 14-4595 (AJW) |
| | ) | |
|    v. | ) | |
| | ) | |
| GOOD SAVIOR, LLC, et al., | ) | |
| | ) | |
|       Defendants. | ) | |
| _____ | ) | |
| | ) | |
| LUIS F. GUTIERREZ, | ) | Case No. CV 15-3727 (AJW) |
| | ) | |
|       Plaintiff, | ) | |
| | ) | JUDGMENT |
|    v. | ) | |
| | ) | |
| EDUARDO GARCIA, | ) | |
| | ) | |
|       Defendant. | ) | |
| _____ | ) | |

    It is adjudged that plaintiff shall recover from defendants $25,000.00, plus such costs as may be taxed by the clerk and such attorneys' fees as may be awarded by the court.

Dated: September 28, 2016

_____
Andrew J. Wistrich
United States Magistrate Judge